AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00019 |
| Seth Sarty | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 01/19/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Seth Sarty,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)-Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)-Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Engage in an act of physical violence in the Grounds or any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;

Date: 01/19/2024                        _____
                                         Issuing officer's signature

City and state: Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
                                         Printed name and title

### Return

This warrant was received on (date) 2/4/2024, and the person was arrested on (date) 2/5/2024
at (city and state) Rockmart, GA.

Date: 2/6/2024                          _____
                                         Arresting officer's signature

                                         Russell Dellinger, Special Agent
                                         Printed name and title